UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTINA DARDAR** | \* | **CIVIL ACTION NO. 2:20-cv-01605** |
| | \* | |
| | \* | |
| **VERSUS** | \* | **JUDGE SARAH VANCE** |
| | \* | |
| **PIT STOP EATERY OF HOUMA, LLC** | \* | **MAGISTRATE MICHAEL NORTH** |

*****************************************************************************

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, PIT STOP EATERY OF HOUMA, LLC, and named plaintiff Christina Dardar, who submit this Joint Motion for Approval of a Settlement Agreement.

Wherefore, it is prayed that after due consideration of this Joint Motion, the Settlement Agreement be approved and the claims of the plaintiff be dismissed with prejudice.

Respectfully submitted,

**RIVIERE ABEL, PLC**

*/s/Todd Magee*_____
Christopher H. Riviere (La. Bar No. 11297)
William N. Abel (La. Bar No. 33702)
Todd M. Magee (La. Bar No. 35415)
103 West Third Street
Thibodaux, LA 70301
Tel:   (985) 447-7440
Fax:   (985) 447-3233
Email: criviere@riviereabel.com
          wabel@riviereabel.com
          tmagee@riviereabel.com

AND

Simien & Simien, L.L.C.
Attorneys and Counselors at Law

        7908 Wrenwood Boulevard
        Baton Rouge, Louisiana 70809
        Telephone:  (225) 932-9221
        FAX:  (225) 932-9286

        */s/Roy Bergeron, Jr.*
By:  Eulis Simien, Jr. (T.A.), Bar # 12077
      Jimmy Simien, Bar # 1598
      Roy Bergeron, Jr., Bar # 33726

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has this date been served upon all counsel of record in this proceeding by:

( )  Hand Delivery    ( )  Prepaid U.S. Mail
( )  Facsimile    ( )  Federal Express
( )  Certified Mail    ( x )  E-mail

Thibodaux, Louisiana, this 24th day of March, 2021.

s/*Todd Magee*