## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is made this ____ day of _____, 2021 by and between Christina Dardar, Plaintiff, and a former employee of Pit Stop Eatery of Houma, LLC, and Pit Stop Eatery of Houma, LLC ("Pit Stop") (collectively, the "Parties").

WHEREAS, the Plaintiff instituted the Fair Labor Standard Act lawsuit, captioned *Christina Dardar v. Pit Stop Eatery of Houma, LLC*, No. 20-1605 ("the Lawsuit"), pending in the United States District Court for the Eastern District of Louisiana; and

The Plaintiff, in exchange for forever releasing, compromising and dismissing any and all claims which were asserted or could have been asserted by the Plaintiff in the Lawsuit against Pit Stop Eatery of Houma, LLC agrees as follows:

1. In exchange for the sum of $9398.92 the Plaintiff waives, relinquishes, compromises, and fully settles any claims for compensation, including overtime wages, and penalty wages that could have been asserted by her against Pit Stop under Fair Labor Standards Act (29 U.S.C. 201 *et seq.*)
2. In exchange for the sum of $10,000.00 paid to the Plaintiff's counsel, the Plaintiff waives, relinquishes, compromises, and fully settles any claims for attorney's fees that could have been asserted by the Plaintiff against Pit Stop under the Fair Labor Standards Act (29 U.S.C. 201 *et seq.*).
3. This foregoing amounts are accepted as payment for all sums, which may be due and owing to the Plaintiff, if proven at trial, arising under the Fair Labor Standards Act or arising under Louisiana law. Additionally, the foregoing amounts waives any claims to interest, damages, liquidated damages, penalties, and attorney's fees that could have been asserted.
4. As part of receipt of the foregoing stated amounts, Plaintiff waives, and relinquishes any other claims for back owed wages or compensation in connection with Plaintiff's employment with Pit Stop Eatery of Houma, LLC.
5. CONFIDENTIALITY. This entire Agreement and the amounts agreed to be paid shall remain confidential between the Plaintiff and Defendant.
6. Release: Pursuant hereto, the Parties hereby release each other and Pit Stop's respective officers, directors, agents, servants, affiliated companies, attorneys, successors and assigns, from any and all claims arising out of or related to the Employee's employment and wages paid including those for legal fees and interest.
7. This Agreement is made without Pit Stop Eatery of Houma, LLC admitting to any liability or wrongdoing.
8. Entire Agreement: This Agreement constitutes the entire agreement between the Parties concerning the above captioned lawsuit and the Plaintiff's employment, and supersedes

      any prior agreement or understanding, whether oral or written, that either Party may claim was made with respect to the subject matter hereof.

9. Successors: This Agreement shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assignees.
10. In connection with this Agreement and releases herein, Plaintiff further agrees to dismiss her claims in the Lawsuit with prejudice.
11. Counterparts: This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, all of which shall constitute one and the same Agreement.

Agreed to and effective this ___ day of _____2021, by and between the undersigned parties.

| Plaintiff | PIT STOP EATERY OF HOUMA, LLC |
|---|---|
| _____ | _____ |
| (Authorized Signature) | (Authorized Signature) |
| _____ | _____ |
| (Printed Name and Title) | (Printed Name and Title) |
| _____ | _____ |
| Date | Date |

2