**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISTINA DARDAR** | **CIVIL ACTION NO.: 20-1605** |
| **VERSUS** | **JUDGE: SARAH S. VANCE** |
| **PIT STOP EATERY OF HOUMA, LLC** | **MAGISTRATE: MICHAEL NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiff Christina Dardar and defendant Pit Stop Eatery of Houma, LLC, who respectfully stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims brought by plaintiff Christina Dardar against the defendant in this matter, as the parties have settled the dispute between the plaintiff and the defendant, and that settlement was approved by this Court. (Doc. 34.)

Additionally, the parties also submit this joint stipulation to dismiss the collective action against the defendant. In a prior ruling, the Court ordered that any opt-in plaintiffs seeking to pursue claims against the defendant as part of a collective action must submit a consent form no later than 60 days after the Court's Order approving the consent forms. (Doc. 26.) More than 60 days have passed from the Court's approval of the consent forms, and undersigned counsel has not received consent forms from any potential claimants seeking to opt in to the collective action. Therefore, the parties stipulate to the dismissal of the collective action against the defendant. However, since no claims have been brought as part of the collective action, the dismissal of the collective action should be <u>without prejudice</u> to any and all rights that any potential claimants may have to later assert such claims that could have been asserted in the collective action.

In accordance with Rule 41, the joint stipulation of dismissal of the plaintiff's claims and

of the collective action shall dismiss this suit without the need for further order of the Court.

WHEREFORE, plaintiff Christina Dardar and defendant Pit Stop Eatery of Houma, LLC respectfully submit this Joint Stipulation of Dismissal, which shall have the effect of dismissing plaintiff's suit and claims against the defendant, Pit Stop Eatery of Houma, LLC, with prejudice, and without need for Court order; and shall further have the effect of dismissing the collective action against the defendant without prejudice to any and all rights that such persons other than the plaintiff may have to later assert claims that could have been asserted as part of the collective action.

Respectfully Submitted:

_____*s/ Roy L. Bergeron, Jr.*_____

By:    Eulis Simien, Jr., La. Bar # 12077
       Roy L. Bergeron, Jr., La. Bar #33726
       **SIMIEN & SIMIEN, LLC**
       *Attorneys and Counselors at Law*
       7908 Wrenwood Boulevard
       Baton Rouge, Louisiana 70809
       Telephone: (225) 932-9221
       Facsimile: (225) 932-9221
       *Attorneys for Plaintiff*

       -AND-

       RIVIERE ABEL, PLC

_____*s/ Todd Magee*_____

       Christopher H. Riviere (La. Bar No. 11297)
       William N. Abel (La. Bar No. 33702)
       Todd M. Magee (La. Bar No. 35415)
       103 West Third Street
       Thibodaux, LA 70301
       Tel: (985) 447-7440
       Fax: (985) 447-3233
       Email: criviere@riviereabel.com
       tmagee@riviereabel.com
       *Attorneys for Defendant*